# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DAWN ELAYNE SEIF, INDIVIDUALLY AND OBO
HER MINOR CHILD, JAMES ANDREW SEIF,
LISA BLAYLOCK, INDIVIDUALLY AND OBO HER
MINOR CHILDREN ANNABELLE RUTH BLAYLOCK
AND EVELYN MARIE BLAYLOCK, DESTINY
FLYNN, INDIVIDUALLY AND OBO HER MINOR
CHILD LEILANI M. FLYNN, LIUSA BAWOL,
JENNA KEMP, INDIVIDUALLY AND OBO HER
MINOR CHILDREN MAKENZIE KEMP AND WESLEY
KEMP

NO.  2020 CW 0385

VERSUS

STATE OF LOUISIANA THROUGH THE MILITARY
DEPARTMENT AND LOUISIANA NATIONAL GUARD

**DECEMBER 02, 2020**

---

In Re:    Dawn Elayne Seif, et al., applying for rehearing, 19th
Judicial District Court, Parish of East Baton Rouge,
No. 646648.

---

**BEFORE:    WELCH, HIGGINBOTHAM, AND LANIER, JJ.**

**APPLICATION FOR REHEARING DENIED.**

**JEW**
**TMH**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT